UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elaine L. Chao, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.                                            Case No. 06-15769

Local 2568, American Federation of State      Honorable Sean F. Cox
County and Municipal Employees,

    Defendant.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued on June 11, 2007, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: June 11, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 11, 2007, by electronic and/or ordinary mail.

                                                  S/Jennifer Hernandez
                                                  Case Manager